THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Mary Ellison
 Fowler, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Floyd David Fowler, Respondent.
 
 
 
 
 

Appeal From Anderson County
 Barry W. Knobel, Family Court Judge

Unpublished Opinion No.  2010-UP-560  
 Submitted November 1, 2010  Filed
December 23, 2010

AFFIRMED

 
 
 
 Richard E. Thompson, Jr., of Anderson, for
 Appellant.
 Charles R. Griffin, Jr., of Anderson, for
 Respondent.
 
 
 

PER CURIAM:  Mary Ellison Fowler (Wife) appeals the
 family court's order holding her in contempt for failure to pay Floyd David
 Fowler (Husband) $14,000.  On appeal, Wife argues the family court erred in holding
 her in contempt because the payment to Husband was contingent upon her approval
 for refinancing. We affirm[1] pursuant
 to Rule 220(b)(1), SCACR, and the following authority:  Abate v. Abate,
 377 S.C. 548, 552, 660 S.E.2d 515, 518 (Ct. App. 2008) ("An appellate
 court should reverse a decision regarding contempt only
 if it is without evidentiary support or the trial judge has abused his
 discretion.  An appellate court will reverse a manifest abuse of discretion where
 the error of law is so opposed to the trial judge's sound discretion as to
 amount to a deprivation of the legal rights of the party." (internal
 quotation marks and citation omitted)); Id. at 553, 660 S.E.2d at 518 ("Contempt
 results from a willful disobedience of a court order. Willful disobedience
 requires an act to be done voluntarily and intentionally with the specific
 intent to do something the law forbids, or with the specific intent to fail to
 do something the law requires to be done; that is to say, with bad purpose
 either to disobey or disregard the law." (internal quotations and citation
 omitted)).   
AFFIRMED. 
THOMAS,
 PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.